FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0667

_____

IN THE MATTER OF:

B.K.S.S.,

    A Minor Child.

A.E.C and M.L.C.,

    Petitioners and Appellees,

  and

C.S.,

    Appellant and Respondent,

  and

C.F.,

    Respondent.

O R D E R

_____

Upon consideration of Appellee's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 30, 2020, within which to file Appellee's response brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 25 2020